NO. SCWC-30685

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

HEATHER AIONA-AGRA, Respondent/Plaintiff-Appellee,

vs.

JAYSON JAVIER AGRA, Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30685; FC-D NO. 06-1-44)

ORDER AFFIRMING JUDGMENT ON APPEAL
(By: Recktenwald, C.J., Nakayama, Acoba, and McKenna, JJ.,
and Circuit Judge Garibaldi, assigned by reason of vacancy)

On June 4, 2012, Petitioner/Defendant-Appellant Jayson

Javier Agra timely filed an application for a writ of certiorari

from the judgment of the Intermediate Court of Appeals ("ICA"),

dated April 4, 2012, entered pursuant to its summary disposition

order, dated February 23, 2012, in Aiona-Agra v. Agra, which

affirmed the Family Court of the Third Circuit's July 21, 2010

Divorce Decree and the July 21, 2010 order regarding the child

support arrearage and monthly payment.  This court accepted

certiorari on July 19, 2012.

Upon careful review of the record and the briefs submitted by the parties and amici, and having given due consideration to the arguments advanced and the issues raised,

IT IS HEREBY ORDERED that the ICA's April 4, 2012 judgment on appeal is affirmed.

DATED:  Honolulu, Hawaiʻi, August 10, 2012.

|  |  |
|---|---|
| | /s/ Mark E. Recktenwald |
| David H. Lawton | |
| for the petitioner. | /s/ Paula A. Nakayama |
| | |
| Robert K. Allen and | /s/ Simeon R. Acoba, Jr. |
| William J. Rosdil | |
| for the respondent. | /s/ Sabrina S. McKenna |
| | |
| | /s/ Colette Y. Garibaldi |

